COTTLE et al., Respondents, v. ERIE COUNTY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 2, 1902.) Action by Octavius O. Cottle and another against the county of Erie and another.

PER CURIAM. Motion granted, amending decisions of this court so as to state that the reversal was upon the law, and also the facts, for the reason that although the evidence showed, without contradiction, that the plaintiffs' title was acquired under a judgment and deed which provided that such title was taken subject to all taxes and assessments which became liens upon the property subsequent to February 21, 1884, such facts were not embraced within the findings of the trial court. This order is made upon condition that the plaintiffs may, if they so elect, withdraw their appeal to the court of appeals, and be relieved from their stipulation given upon such appeal, and in that event that defendants shall pay to the plaintiffs all their costs and disbursements on appeal to the court of appeals, not including fee for argument in that court. Such election to be exercised within two days after service of copy of this order, and costs to be paid as herein provided within two days after such election is made.

COYLE et al., Respondents, v. BIELINSKI, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 16, 1902.) Action by Albert M. Coyle and another against Joseph Bielinski.

PER CURIAM. Judgment and order of county court and of the justice's court reversed, with costs of this appeal and of the county court. Held 'that, the petitioners having conveyed the leased premises by warranty deed before these proceedings were instituted, they were not in a position to maintain the same.

CRICHTON v. COLUMBIA INS. CO. (Supreme Court, Appellate Division, First Department. November 21, 1902.) Action by Frederick T. Crichton against the Columbia Insurance Company. No opinion. Appeal dismissed, with $10 costs.

In re CULLINAN, State Com'r of Excise. (Supreme Court, Appellate Division, Second Department. December 2, 1902.) In the matter of the petition of Patrick W. Cullinan, as state commissioner of excise, for an order revoking and canceling liquor tax certificate No. 21,361, issued to Charles C. Wissel. No opinion. Order affirmed, with $10 costs and disbursements.

CUNAN, Respondent, v. CASALE et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 14, 1902.) Action by Thomas Cunan against Salvotore Casale and Nicola Carrano. No opinion. Judgment of the municipal court affirmed, with costs.

CURTIS, Respondent, v. DEAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 18, 1902.) Action by Cornelia Dean Curtis against Orville Dean. No opinion. Judgment of county court affirmed, with costs.

DAGGETT, Appellant, v. STODDARD et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 18, 1902.) Action by Byron H. Daggett against Thomas Stoddard and another. No opinion. Judgment and order affirmed, with costs.

DALEY, Respondent, v. SAVAGE, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1902.) Action by Eliza Daley against Stephen Savage. No opinion. Judgment and order affirmed, with costs.

In re DAVENPORT. (Supreme Court, Appellate Division, Second Department. December 2, 1902.) In the matter of the judicial settlement of the account of William B. Davenport as administrator of the goods, chattels, and credits which were of Eliza T. White, deceased.

PER CURIAM. All the questions which the present appellant now desires to take to the court of appeals can be taken there on appeal from the decree of the surrogate's court, if that decree shall be adverse to him; but, inasmuch as it may be in his favor, they ought not to be certified at this time. There is no good reason why the proceeding may not be carried to a speedy conclusion without much expense, or any such depletion to the estate as is apprehended. Motion denied.

DAY v. EISELE et al. (Supreme Court, Appellate Division, Second Department. December 2, 1902.) Action by Anton Day against Frederick Eisele and Frederick Borgwald. No opinion. Order resettled so as to give each respondent his disbursements, and one bill of costs to both.

DAYTON, Respondent, v. AMERICAN STEEL BARGE CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 14, 1902.) Action by Frank A. Dayton against the American Steel Barge Company. No opinion. Judgment and order affirmed, with costs, on the opinion of Mr. Justice RUSSELL denying motion for new trial. 73 N. Y. Supp. 316.